UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHANNAN BAIOCCHETTI                    JURY TRIAL DEMANDED

v.                                     CASE NO.  3:11 cv

SMITH, DEAN & ASSOCIATES, INC.
LISA SMITH
COAST 2 COAST FINANCIAL CORPORATION
ADAM GREENBERG

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. The corporate Defendant, Smith, Dean, is a debt collector within the FDCPA, whose address is 101 Centry 21 Dr # 107, Jacksonville FL 32216.

6. Defendant Lisa Smith is the President of Smith, Dean and is responsible for supervision and control of collectors and adopting the form letters and tactics of Smith Dean.

7. Defendant Coast 2 Coast financed the plaintiff's purchase of a computer. It is located at 232 Business Park Dr # 202, Virginia Beach VA 23562.

8. Defendant Greenberg is the CEO of Coast 2 Coast and is responsible for hiring Smith, Dean as a collection agency

9. Greenberg knew or should have known of the many complaints against Smith, Dean when he hired Smith Dean, including the lawsuit and restraining order of the Illinois Attorney General.

10. Defendant Smith, Dean was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating in connection with efforts to collect for Coast 2 Coast.

11. Defendant Smith, Dean threatened plaintiff with felony charges and arrest.

12. Defendant Smith, Dean unlawfully called plaintiff's relatives and friends in connection with the collection efforts.

13. Defendant Smith, Dean continued collection efforts despite being told that plaintiff was represented by identified counsel.

14. Defendant Smith, Dean did not provide the notices required by §1692g.

15. In the collection efforts, Smith defendants violated the FDCPA, § 1692d, -e, -f(1), or –g.

16. In the collection efforts, Coast 2 Coast violated the CCPA.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each Smith defendant under the FDCPA, and $1,000 statutory damages against each defendant subject to the CCPA;
2. Award the plaintiff costs of suit and a reasonable attorney's fee;
3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net