UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHANNAN BAIOCCHETTI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:11CV795(MRK) |
| | : | |
| SMITH, DEAN & ASSOCIATES, INC., | : | |
| LISA SMITH, COAST 2 COAST | : | |
| FINANCIAL CORPORATION, | : | |
| ADAM GREENBERG, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Default Judgment. On September 15, 2011, an Order entered granting the Motion for Default Judgment against the defendants' Smith, Dean & Associates, Inc., Lisa Smith, Coast 2 Coast Financial Corporation, and Adam Greenberg and referring the case to Magistrate William I. Garfinkel for a hearing on damages. On January 25, 2011, a Amended Recommended Ruling entered awarding damages to plaintiff Shannan Baiocchetti in the amount of $1,000.00 in statutory damages and $2,500.00 in actual damages against defendant Lisa Smith individually; that she be awarded $1,000.00 in statutory damages and $2,500.00 in actual damages against defendants Coast 2 Coast and Adam Greenberg, jointly and severally; that she be awarded $25,000.00 in punitive damages against the three defendants, jointly and severally; and that she be awarded reasonable attorneys fees and costs of $3,800.00. On February 9, 2012, a Ruling District Judge Mark R. Kravitz, entered adopting the Recommended Ruling in its entirety.

EOD:    2/9/2012

Therefore, it is ORDERED and ADJUDGED that judgment is entered for plaintiff Shannan Baiocchetti, and against defendants' Smith, Dean & Associates, Inc., Lisa Smith, Coast 2 Coast Financial Corporation, Adam Greenberg, for $1,000.00 in statutory damages and $2,500.00 in actual damages against defendant Lisa Smith individually; that she be awarded $1,000.00 in statutory damages and $2,500.00 in actual damages against defendants Coast 2 Coast and Adam Greenberg, jointly and severally; that she be awarded $25,000.00 in punitive damages against the three defendants, jointly and severally; and that she be awarded reasonable attorneys fees and costs of $3,800.00 and the case is closed.

Dated at New Haven, Connecticut this 9th day of February 2011.

ROBERTA D. TABORA, Clerk
By

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk